UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 2:18-cr-50
                                                  HON. ROBERT J. JONKER

LUCAS ROY SAGATAW,

    Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on January 17, 2019 for an initial appearance and arraignment on the indictment charging him with Domestic Assault - Habitual Offender.

The government has moved for detention, supported by a recommendation from pre-trial services. Defense counsel advised that defendant is currently being charged in another court and there is a $25,000 bond in place on those charges. Defendant will request a hearing on the matter of detention once he is eligible.

The government also requested that defendant have no contact with the victim, L.S..

Defendant shall be detained pending further proceedings and shall not have contact of any kind, directly or indirectly, with the victim in this case, L.S..

IT IS SO ORDERED.

Dated: January 17, 2019            */s/ Timothy P. Greeley*
                                          TIMOTHY P. GREELEY
                                          UNITED STATES MAGISTRATE JUDGE